ANGELA MARIE COTTON
37 CR 1557 A
LOUIN, MS 39338

PERSONIFY
PO BOX 208417
DALLAS, TX 75320

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

AIDVANTAGE
P.O. BOX 4450
PORTLAND, OR 97208

SYNCHRONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CHECK 'N GO
ATTN: BANKRUPTCY
PO BOX 36454
CINCINNATI, OH 45236

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES, CA 90051