**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI (GULFPORT - 6 DIVISIONAL OFFICE)**
**GULFPORT MISSISSIPPI DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ANGELA MARIE COTTON *aka* Angela M Cotton;**<br><br>**Debtor.** | **CHAPTER 13**<br>**CASE NO. 26-51267-KMS** |

**NOTICE OF APPEARANCE**

Comes now the undersigned, and Notices her appearance as attorney of record for PennyMac Loan Services, LLC in the above referenced matter.

/s/ Kim Putnam
Kimberly D. Putnam, MS Bar No. 102418
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
kimberlyp@hwmlawfirm.com
801-355-2886

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on September 23, 2026, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Angela Marie Cotton ***aka*** Angela M Cotton
37 County Road 1557A
Louin, MS 39338

/s/ Kim Putnam
Kimberly D. Putnam