MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Angela Marie Cotton aka Angela M Cotton

_Debtor(s)_

Case No.: 26-51267-KMS

Chapter: 13

# Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, PennyMac Loan Services, LLC, a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[X] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Name: Private National Mortgage Acceptance Company, LLC
Address: 3043 Townsgate Road, Third Floor, Westlake Village, CA 91361

Name: PNMAC holdings, Inc
Address: 3043 Townsgate Road, Third Floor, Westlake Village, CA 91361

Name: PennyMac Financial Services, Inc
Address: 3043 Townsgate Road, Third Floor, Westlake Village, CA 91361

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/23/2026

/s/ Kim Putnam
Attorney Signature

Kimberly D. Putnam
Attorney Name

102418
State Bar Number

1107 Highland Colony Pkwy, Suite 207
Address

Ridgeland, MS 39157
City, State, and Zip Code

801-355-2886
Telephone Number

info@hwmlawfirm.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**