United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51267-KMS
Angela Marie Cotton Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: n032 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela Marie Cotton, 37 CR 1557 A, Louin, MS 39338 |
| 5727502 | + | Kimberly D. Putnam, Esq., Halliday, Watkins & Mann, P.C., Atty for PennyMac Loan Services, LLC, 1107 Highland Colony Pkwy, Ste. 207, Ridgeland, MS 39157-6079 |
| 5705659 | + | PennyMac Loan, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 17:02:25 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5705653 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 31 2026 17:02:13 | Aidvantage, P.O. Box 4450, Portland, OR 97208-4450 |
| 5705654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 17:02:24 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5705655 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 31 2026 17:02:13 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5708808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 17:02:13 | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5705656 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 31 2026 16:53:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5707480 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 31 2026 16:53:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5705657 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2026 17:02:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5705658 | + | Email/Text: bankruptcy@axcess-financial.com | Oct 31 2026 16:53:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 5714478 | + | Email/Text: RASEBN@raslg.com | Oct 31 2026 16:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5714084 | + | Email/PDF: cbp@omf.com | Oct 31 2026 17:02:13 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5734208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2026 17:02:13 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5726900 | + | Email/PDF: ebnotices@pnmac.com | Oct 31 2026 17:02:37 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5705660 | + | Email/Text: Contact@PersonifyFinancial.com | Oct 31 2026 16:54:00 | Personify, Po Box 208417, Dallas, TX 75320-8417 |

| | | | | |
|---|---|---|---|---|
| 5732332 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2026 16:54:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5731714 | + | Email/Text: bncmail@w-legal.com | Oct 31 2026 16:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5705661 | + | Email/PDF: cbp@omf.com | Oct 31 2026 17:02:32 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5705662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 17:02:32 | Synchrony, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5733480 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2026 17:02:33 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5708003 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Oct 31 2026 17:02:32 | U.S. Department of Housing and Urban Development, 77 Forsyth Street SW, Atlanta GA 30303 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kimberlyp@hwmlawfirm.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Angela Marie Cotton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51267−KMS
**Chapter:** 13

**In re:**

Angela Marie Cotton
aka Angela M Cotton
37 CR 1557 A
Louin, MS 39338

Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/21/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 21, 2026

Danny L. Miller, Clerk of Court